UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) )  )  |
| v. | ) )   2:10-CR-531-ECR (GWF) |
| DONOVAN DUARTE, | ) ) |
| Defendant. | ) ) |

**FINAL ORDER OF FORFEITURE**

On July 8, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18 United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant DONOVAN DUARTE to criminal offenses, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offenses to which defendant DONOVAN DUARTE pled guilty. Docket #1, #27, #29, #30.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 21, 2011, through August 19, 2011, notifying all third parties of their right to petition the Court. #31.

. . .

1  On September 1, 2011, Rolando Hernandez was served by personal, in-hand, service with a copy of the Notice and the Preliminary Order of Forfeiture as to Defendant DONOVAN DUARTE, #32.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18 United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

   a)   one (1) Colt 1911 .45 ACP handgun, bearing serial number 70SC34259;

   b)   one (1) AMT .380 semi-automatic pistol, bearing serial number G16372;

   c)   one (1) Remington model 870TB 12 gauge shotgun, bearing serial number 106694V; and

   d)   any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this ___17___ day of ___November___, 2011.

_____
Edward C. Reed
UNITED STATES DISTRICT JUDGE